No. 84–5587.   BRUMBACH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–5588.   IN RE BAKER.   Ct. App. Md.   Certiorari denied.

No. 84–5641.   DAVENPORT *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 84–5651.   FINKE *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 84–5657.   HARRIS *v.* TOMPKINS ET AL.   C. A. 11th Cir. Certiorari denied.